IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Carlos Ray Kidd,<br><br>              Plaintiff,<br><br>-vs-<br><br>United States of America,<br><br>              Defendant. | Case No. 3:15-cv-52<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff Carlos Kidd's motion to proceed *in forma pauperis* be denied and that his petition under 28 U.S.C. § 2241 be denied.[1] No objections have been received within the prescribed time period.

Upon consideration of the Report and Recommendation and the entire record, the court hereby adopts the magistrate judge's analysis contained in the Report and Recommendation. For the reasons stated therein, it is hereby **ORDERED** that (1) Kidd's motion to proceed *in forma pauperis* is DENIED; and (2) Kidd's petition under § 2241 is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 18th day of August, 2015.

                                                        /s/ Ralph R. Erickson
                                                        Ralph R. Erickson, Chief Judge
                                                        United States District Court

---

[1] Doc. #7.